```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAFAEL ARRIAGA-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>RAFAEL ARRIAGA-GONZALEZ,<br><br>    *Defendant.* | No. 1:09-CR-0279 OWW<br><br>STIPULATION TO CONTINUANCE OF STATUS CONFERENCE  HEARING;  ORDER<br><br>Date:  November 30, 2009<br>Time:  9:00 A.M.<br>Court: Hon. Oliver W. Wanger |

    **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the status conference hearing in the above-entitled matter now set for October 26, 2009, may be continued to **November 30, 2009, at 9:00 A.M. for status conference.**

    This continuance is requested by counsel for Defendant to allow additional time for on-going defense investigation and further plea negotiation prior to hearing.   The requested new hearing date and continuance will conserve time and resources for the parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
United States Attorney

DATED: October 16, 2009          /s/  Susan Phan
                                 SUSAN PHAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 16, 2009           /s/  Charles J. Lee
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  RAFAEL ARRIAGA-GONZALEZ

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:    October 16, 2009            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE